UNITED STATES DISTRICT COURT
DISTRICT MINNESOTA
THIRD DIVISION

Court File No. 02-230 MJD/JGL

Perry Carpentier,

Plaintiff,

v.

Dayton Freight Lines, Inc.,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE, ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record, that the above-entitled action, having been fully, finally and completely compromised and settled between the parties, may be and hereby is dismissed with prejudice, on the merits and without costs and disbursements to any party, and that any party may apply to the Court pursuant to this Stipulation for an Order directing that Judgment of Dismissal with Prejudice be entered accordingly.

Dated: 8/1/02

CRONAN PEARSON QUINLIVAN, P.A.

Michael R. Quinlivan (#1528808)
1201 Marquette Ave., Ste. 110
Minneapolis, MN 55403-4423
612/ 332-1300

*Attorneys for Plaintiff*

FILED 8-14-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 8-14-02
DEPUTY CLERK

ARTHUR, CHAPMAN, KETTERING,
SMETAK & PIKALA, P.A.

Dated: 8-2-02

Sally J. Ferguson (#131829)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
(612) 339-3500

*Attorneys for Defendant*

Carpentier v. Dayton Freight Lines, Inc., Civil No.: 02-230 (MJD/JGL)

ORDER FOR JUDGMENT

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Court Administrator is hereby ordered and directed to enter forthwith Judgment dismissing the above-entitled action, with prejudice as to Plaintiffs and Defendant, on the merits and without costs to any party.

DATED: Aug. 14, 2002

BY THE COURT:

Michael J. D

Judge of United States District Court